UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAM BA NGUYEN, | No. 2:13-cv-963-MCE-EFB (P) |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA PRISON HEALTH SERVICE, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 2, 2015, the magistrate judge filed Findings and Recommendations herein (ECF No. 33) which were served on all parties and which contained notice that any objections to the Findings and Recommendations were to be filed within fourteen days. Plaintiff filed objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed December 2, 2015 (ECF No. 33) are ADOPTED IN FULL;

2. Plaintiff's Motion for Substitution of Parties (ECF No. 25) is DENIED; and

3. Defendant Andreasen is DISMISSED from this action pursuant to Federal Rule of Civil Procedure 4(m).

IT IS SO ORDERED.

Dated: January 20, 2016

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT