UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAM BA NGUYEN,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA PRISON HEALTH SERVICE, et al.,<br><br>    Defendants. | No. 2:13-cv-963-MCE-EFB P<br><br>ORDER |

    Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He has filed a motion to modify the discovery and scheduling order and a request for a form subpoena to produce documents. Defendants have not responded to either motion. As explained below, both motions are granted in part.

    Plaintiff's unopposed motion to modify the schedule in this action (ECF No. 46) is granted as follows: Plaintiff may conduct discovery until October 21, 2016. Any motions necessary to compel discovery shall be filed by that date. All requests for discovery pursuant to Fed. R. Civ. P. 31, 33, 34, or 36 shall be served not later than August 19, 2016.

    Federal Rule of Civil Procedure 45(a)(3) requires that "[t]he clerk must issue a subpoena, signed but otherwise in blank, to a party who requests it." Therefore, the Clerk of the Court will be directed to send plaintiff a blank subpoena form.

1

The court notes, however, that before issuing a subpoena, the court must ensure that the party serving it takes "reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena." Fed. R. Civ. P. 45(c)(1). Federal Rule of Civil Procedure 45(b) requires personal service of a subpoena and "[d]irecting the Marshal's Office to expend its resources personally serving a subpoena is not taken lightly by the court." *Austin v. Winett*, 1:04-cv-05104-DLB PC, 2008 U.S. Dist. LEXIS 103279, at *2 (E.D. Cal. Dec. 11, 2008); 28 U.S.C. § 1915(d).

Therefore, if plaintiff moves to have the U.S. Marshal serve a subpoena, he must first show that the documents he requests are not equally available to him and are not obtainable from defendants through a properly served request for production. *See* Fed. R. Civ. P. 34. If plaintiff can make the requisite showing, then he must submit to the court a completed subpoena form and the appropriate fee. The form must describe the items to be produced with reasonable particularity and designate a reasonable time, place, and manner for production. Plaintiff must also explain the relevance of the information sought and describe the burden and expense to the non-party in providing the requested information.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's unopposed motion to modify the schedule in this action (ECF No. 46) is granted as follows: Plaintiff may conduct discovery until October 21, 2016. Any motions necessary to compel discovery shall be filed by that date. All requests for discovery pursuant to Fed. R. Civ. P. 31, 33, 34, or 36 shall be served not later than August 19, 2016.

2. Plaintiff's request for a subpoena form (ECF No. 47) is granted to the extent that the Clerk of the Court shall send plaintiff a blank subpoena form.

DATED: August 4, 2016.

_/s/ Edmund F. Brennan_
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2