IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **NAM BA NGUYEN**, <br><br> Plaintiff, <br><br> v. <br><br> **CALIFORNIA PRISON HEALTH SERVICE, et al.**, <br><br> Defendants. | Case No. 2:13-cv-963-EFB <br><br> [~~PROPOSED~~] ORDER GRANTING DEFENDANTS' REQUEST TO EXTEND ALL DEADLINES BY 90 DAYS PENDING PLAINTIFF'S RELOCATION AND RESOLUTION OF IMMIGRATION STATUS <br><br> Fed. R. Civ. P. 12(b)(6) <br><br> Action Filed: 5/15/2013 |

   This § 1983 action was filed by former prison inmate Plaintiff Nam Ba Nguyen against Defendants Dr. Osman, Nurse Sherman Champen, R.L Andreason, Nathanial Elam and California Prison Health Service on May 15, 2013.  Plaintiff advises that he was paroled on September 8, 2016, but that he was taken into custody of U.S. Immigration and Customs Enforcement, and is currently trying to resolve his immigration status.  Plaintiff has requested a 90 day stay of all currently pending deadlines, including the deadline to oppose Defendant Elam's Motion to Dismiss (ECF 51).  Defendants do not oppose the request, but ask that all deadlines be extended for 90 days.

//

IT IS HEREBY ORDERED that the following will be the new schedule of deadlines in this matter:

| | |
|---|---|
| Defendants' deadline to complete discovery | 12/16/2016 |
| Plaintiff's deadline to complete discovery | 1/21/2017 |
| Plaintiff's deadline to amend the complaint | 12/16/2016 |
| Dispositive motions deadline | 3/2/2017 |
| Plaintiff's deadline to oppose Defendant Elam's Motion to Dismiss (ECF 51) | 12/27/2016 |

IT IS FURTHER ORDERED that Plaintiff shall have until December 27, 2016 to file any opposition to Defendant Elam's Motion to Dismiss (ECF 51), and that Rule 230 (*l*) will continue to apply with respect to the motion.

DATED: September 15, 2016

_____
Hon. Edmund F. Brennan
U.S. Magistrate Judge