1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                     FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11    NAM BA NGUYEN,                           No.  2:13-cv-963-MCE-EFB P

12              Plaintiff,

13        v.                                   ORDER

14    CALIFORNIA PRISON
      HEALTHSERVICE, et al.,
15
                Defendants.
16

17

18        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

19    under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

20    28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

21        On August 3, 2016, the magistrate judge filed findings and recommendations herein

22    which were served on all parties and which contained notice to all parties that any objections to

23    the findings and recommendations were to be filed within fourteen days.  ECF No. 48.  Neither

24    party has filed objections to the findings and recommendations.  Plaintiff filed his amended

25    complaint on August 29, 2016.  ECF No. 50.

26        The Court has reviewed the file and finds the findings and recommendations to be

27    supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

28    ORDERED that:

                                            1

1      1.  The findings and recommendations filed August 3, 2016 (ECF No. 48), are ADOPTED

2  IN FULL;

3      2.  Defendant Elam's motion to dismiss (ECF No. 32) is GRANTED with leave to amend;

4  and

5      3.  The portion of the magistrate judge's August 3, 2016 findings and recommendations

6  that recommended Plaintiff be granted 30 days to file his amended complaint is not adopted as

7  moot.

8      IT IS SO ORDERED.

9  Dated:  September 27, 2016

10

11                                    _____
                                      MORRISON C. ENGLAND, JR
12                                    UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28