1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    NAM BA NGUYEN,                              No.  2:13-cv-963-MCE-EFB P

12                    Plaintiff,

13          v.                                    ORDER

14    CALIFORNIA PRISON HEALTH
      SERVICE, et al.,
15
                      Defendants.
16

17
              Plaintiff is a state prisoner proceeding without counsel in an action brought under 42
18
      U.S.C. § 1983.  He requests an extension of time to file his objections to the July 28, 2017
19
      findings and recommendations.
20
              Plaintiff's request (ECF No. 79) is granted and plaintiff has until September 23, 2017 to
21
      file his objections to the findings and recommendations.
22
              So ordered.
23
      Dated:  August 29, 2017.
24                                             _____
                                               EDMUND F. BRENNAN
25                                             UNITED STATES MAGISTRATE JUDGE

26

27

28