UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAM BA NGUYEN,<br><br>    Plaintiff,<br><br>v.<br><br>CALIFORNIA PRISON HEALTH SERVICE, et al.,<br><br>    Defendants. | No. 2:13-cv-0963-MCE-EFB P<br><br><br>ORDER |

Plaintiff is a former state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He requests an extension of time to file his pretrial statement pursuant to the court's October 17, 2018 order.

Plaintiff's request (ECF No. 97) is granted and plaintiff has 60 days from the date this order is served to file his pretrial statement.

So ordered.

Dated: January 9, 2019.

                                      EDMUND F. BRENNAN
                                      UNITED STATES MAGISTRATE JUDGE